ENGLISH ANTIQUE SHOP, INC., ET AL. *v.* UNITED STATES

**No. 7275.**—Invoices dated London, England, September 17, 1941, etc.
Certified September 17, 1941, etc.
Entered at New York, N. Y., November 13, 1941, etc.
Entry Nos. 724335; 716854.

(Decided June 12, 1947)

*Sharretts & Hillis* (*Howard C. Carter* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

J. B. WELLS & SON CO., INC. *v.* UNITED STATES

**No. 7276.**—Invoice dated Salford, England, March 4, 1946.
Certified March 5, 1946.
Entered at Utica, N. Y., April 15, 1946.
Entry No. U–54.

(Decided June 12, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.